**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS MACOTE<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAH HING TRADING INC., WAH HING, SALLY LIN, YU Y. LIN, and YUN YU LIN<br><br>　　　　　Defendants. | Civil Action No. 24-111 (SDW) (JSA)<br><br>**ORDER**<br><br>September 5, 2024 |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon Plaintiff Carlos Macote's ("Plaintiff") Motion for Entry of Default Judgment (D.E. 8) pursuant to Federal Rule of Civil Procedure 55(b)(2), and this Court finding that it has both subject matter and personal jurisdiction over the parties pursuant to 28 U.S.C. § 1331, and this Court having considered the Plaintiff's submissions, and for good cause shown[1],

**IT IS** on this 5th day of September 2024,

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment is **GRANTED**; and

**IT IS FURTHER ORDERED** that default judgment shall be entered in favor of Plaintiff and against Defendants Wah Hing Trading Inc., Wah Hing, Sally Lin, Yu Y. Lin, and Yun Yu Lin, jointly and severally, in the total amount of $75,021.06, plus interest from the date of judgment, comprised of the following:

　　a.　$22,617.02 in unpaid minimum and overtime wages;

---

[1] Defendants have not responded to or opposed Plaintiff's Motion for Entry of Default Judgment.

    b.   $45,234.04 in liquidated damages;

    c.   $6,600 in attorney fees; and

    d.   $570 in costs

**IT IS FURTHER ORDERED** that Defendants be served with a copy of this Order within ten (10) days of the date hereof.

**SO ORDERED.**

s/ *Susan D. Wigenton*
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

Orig:       Clerk
cc:         Hon. Jessica S. Allen, U.S.M.J.
            Parties